# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JEAN COULTER, | : No. 413 WAL 2014 |
| Petitioner | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| SUSAN LOPE, ELIZABETH SMITH, | : |
| JAMES MAHOOD, WILDER & MAHOOD, | : |
| UNKNOWN CLERK IN THE OFFICE OF | : |
| THE BUTLER COUNTY CLERK OF | : |
| ORPHANS' COURT, OFFICE OF | : |
| BUTLER COUNTY CLERK OF | : |
| ORPHANS' COURT AND THOMAS | : |
| DOERR, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.